IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEANNE LYLIANE GBETE, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CA No.: 5:23-CV-00355-BO |
| SAMPSON BLADEN OIL COMPANY, INC. D/B/A HAN-DEE HUGO'S, ) ) ) ) | |
| Defendant. ) | |

## ORDER GRANTING JOINT MOTION REQUESTING TO PARTICIPATE IN A COURT-HOSTED SETTLEMENT CONFERENCE

This case comes before the Court for the scheduling of the court-hosted settlement conference requested to be held in this case by the Parties' Joint Motion (D.E. 20). Pursuant to the information from counsel regarding their availability, the court-hosted settlement conference in this case shall be subjected to the following arrangements:

1. The conference will be held at a date to be determined following the completion of Phase I discovery and the Court's ruling on any motion for Rule 23 class certification or conditional certification as a 29 U.S.C. § 216(b) collective action, in the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

2. Within thirty (30) days following the Court's ruling on any motion for Rule 23 class certification or conditional certification as a 29 U.S.C. § 216(b) collective action, the parties shall file another motion requesting a court-hosted settlement conference to schedule a date and time to hold their court-hosted settlement conference.

3. The conference shall be governed by the provisions of Local Civil Rule 101.2 E.D.N.C., except as otherwise provided herein.

SO ORDERED, this __1__ day of __March__ 2024.

_____
HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE