IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:23-CV-00355-BO-KS

| | |
|---|---|
| JEANNE LYLIANE GBETE, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | **ORDER**<br>)<br>) |
| SAMPSON BLADEN OIL COMPANY, INC. D/B/A HAN-DEE HUGO'S, | )<br>)<br>) |
| *Defendant*. | ) |

This matter having come before this Court on the Parties' Joint Motion to Modify Scheduling Order pursuant to Rules 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1(a), and it appearing to this Court that good cause exists for the motion, the motion [DE #32] is therefore GRANTED.

IT IS THEREFORE ORDERED that the time for the Parties to complete depositions is extended up to and including July 31, 2024 and Plaintiff has up to and including August 30, 2024 to file her motion for Rule 23 class certification or conditional certification as a 29 U.S.C. § 216(b) collective action. The remaining deadlines under the Court's Scheduling Order remain unchanged.

IT IS SO ORDERED.

This is the 28th day of May 2024.

KIMBERLY A. SWANK
United States Magistrate Judge