IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-355-BO-KS

| | |
|---|---|
| JEANNE LYLIANE GBETE, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| *Plaintiff*, | )<br>) **ORDER** |
| v. | )<br>) |
| SAMPSON BLADEN OIL COMPANY, INC. D/B/A HAN-DEE HUGO'S, | )<br>)<br>) |
| *Defendant*. | ) |

This matter having come before this Court on the Parties' Joint Motion to Modify Scheduling Order to Extend Deadlines pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1(a); and it appearing to this Court that good cause exists for the granting of said motion; that said motion [DE #34] is GRANTED.

IT IS THEREFORE ORDERED that the time for Plaintiff to file her motion for Rule 23 class certification or conditional certification as a 29 U.S.C. § 216(b) collective action has been extended from August 30, 2024 to **September 6, 2024**. Defendant has up to and including **September 27, 2024**, to file its response to Plaintiff's motion.

IT IS SO ORDERED.

This is the 19th day of August 2024.

_____
KIMBERLY A. SWANK
United States Magistrate Judge